IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TEJEDA JOSE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 12-270 Erie |
| | ) |
| BOBBY MEEKS, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM ORDER

This *pro se* civil rights Complaint was received by the Clerk of Court on October 31, 2012. Plaintiff Jose Tejada, an inmate at the Federal Correctional Institution at McKean in Bradford, Pennsylvania, did not submit the required filing fee or a motion to proceed *in forma pauperis* with his complaint. A show cause order was issued on November 1, 2012, directing Plaintiff to either pay the required filing fee of $350.00 or to file a motion to proceed *in forma pauperis* (along with an accompanying institutional account statement) no later than November 21, 2012.

Plaintiff failed to comply with the Show Cause Order and thus United States Magistrate Judge Susan Paradise Baxter issued a Report and Recommendation dated January 15, 2013, recommending that the Complaint be dismissed for failure to prosecute. ECF No. 3.

Objections to the Report and Recommendation were due by February 1, 2013. No objections were filed; although Plaintiff did file a Consent to Jurisdiction by United States Magistrate Judge on January 24, 2013. After de novo review of the pleadings and documents in

the case, together with the report and recommendation, we adopt Magistrate Judge Baxter's January 15, 2013 Report and Recommendation as the Order of the Court.

Accordingly, the following Order is hereby entered.

AND NOW, this _12th_ day of February, 2013, it is HEREBY ORDERED, ADJUDGED and DECREED that the Complaint is hereby DISMISSED for failure to prosecute.

The Report and Recommendation dated January 15, 2013 (ECF No. 3) is adopted as the Order of the Court.

Maurice B. Cohill, Jr.
Senior United States District Judge

cc:     Counsel of Record

        Jose Tejada, *pro se*
        07784-089
        FCI McKean
        PO BOX 8000
        BRADFORD, PA 16701